**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| SHANE RYAN LILLY,<br>Plaintiff,<br>v.<br>CITY OF AUSTIN; and ELAYNA GROVE, in her individual and official capacities, and REBEKHA MONTIE, in her individual and official capacities, and MONICA DANGLER, in her official capacity,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-2486 |

**VERIFICATION OF COMPLAINT**

I, Shane Ryan Lilly, declare under penalty of perjury that the following is true and correct:

1. I am the Plaintiff. I have read the Complaint filed in this action.

2. The factual allegations in the Complaint that are stated as within my personal knowledge are true and correct. The factual allegations stated on information and belief are true and correct to the best of my knowledge, information, and belief.

3. I verify the Complaint for purposes of Federal Rule of Civil Procedure 65(b)(1)(A), so that specific facts showing immediate and irreparable injury may be taken from both the verified Complaint and my separate Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2026, in Travis County, Texas.

Shane Ryan Lilly